UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In Re:

PARKER, TY LEE,
PARKER, KATHLEEN ANN,

        Debtors.

_____/

Case No.    **10-28387-BKC-EPK**
Chapter 7

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND ALLOWANCE OF ADMINISTRATIVE EXPENSE

TO: THE HONORABLE Erik P. Kimball, BANKRUPTCY JUDGE:

The Trustee, **Michael R. Bakst, Trustee**, applies for compensation and reimbursement for expenses and certifies under the penalty of perjury that the following is true and correct to the best of his knowledge.  All services performed by the Trustee were necessary and the compensation requested does not exceed the maximum authorized by law.

The Trustee further states that no interim compensation to the Trustee has been allowed and paid except to the extent detailed below, and that no payments have been made or promised for services rendered or to be rendered in any capacity in this case and no agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

### TRUSTEE'S COMPENSATION AND REIMBURSEMENT

GROSS RECEIPTS:                                        $      12,000.00

Compensation:

| | | | |
|---|---|---|---|
| 25% of first $5,000.00 | = | $ | 1,250.00 |
| 10% of next $45,000.00 | = | $ | 700.00 |
| 5% of next $950,000.00 | = | $ | 0.00 |
| 3% of balance | = | $ | 0.00 |

SUBTOTAL (FEES):                                       $      1,950.00

Expense Reimbursement: (Detailed attached)            $        50.43

**TOTAL FEES & EXPENSE REQUESTED:**                   $    2,000.43
**LESS ALLOWED INTERIM ALLOWANCE:**                   $        0.00
**BALANCE REQUESTED:**                                $    2,000.43

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance for compensation and reimbursement as detailed above.

DATED: _5/8/17_

_____
Michael R. Bakst, Trustee

Printed: 05/08/13 03:02 PM                                                                 Page: 1

# Expense Worksheet
### Period: 01/01/00 - 05/08/13
### Trustee: Michael R. Bakst, Trustee (290840)

| Case Number: | 10-28387 | Case Name: | PARKER, TY LEE |
|---|---|---|---|
| Case Type: | Assets | Judge: | Erik P. Kimball |
| Petition Date: | 06/29/10 | 341a Meeting: | 08/06/10  16:00 |

| Date | Description | Hours/Unit | Rate | Total |
|---|---|---|---|---|
| 04/03/13 | MAILOUT NOTICE OF FILING OF TRUSTEE'S FINAL REPORT (NFR) | 63.00 | $0.760 | $47.88 |
| 05/08/13 | MAIL DIVIDEND CHECKS | 5.00 | $0.510 | $2.55 |

Total for case 10-28387:     $50.43

Grand Total:     $50.43